STATE OF NEW JERSEY v. PRIMO V. MOLLICA.

June 23, 1987.

Motion for leave to appeal is granted. (See 217 *N.J.Super.* 95)

STATE OF NEW JERSEY v. MELVIN LOVE.

June 26, 1987.

Petition for certification denied.

LOUIS CHERRY AND DOLORES CHERRY, ETC. v. WALLINGTON SKATING CENTER, ETC.

June 26, 1987.

Petition for certification denied.

ERWIN H. ZOLLER v. TRANSAMERICA INSURANCE COMPANY.

June 26, 1987.

Petition for certification denied. (See 215 *N.J.Super.* 552)